**DIESEL TANKER, A. C. DODGE INC., and Alma R. Bushey and Raymond J. Bushey, Jr., Executors of the Estate of Raymond J. Bushey, Deceased, Appellants,**

v.

**A. B. STEWART, Guy Janson, K. G. Poland and G. B. Brookes, etc., Appellees.**

No. 450, Docket 31169.

United States Court of Appeals
Second Circuit.

Argued May 4, 1967.

Decided May 11, 1967.

Christopher E. Heckman, Foley & Martin, John H. Hanrahan, New York City, for appellants.

Wilbur H. Hecht, Mendes & Mount, Brendan J. Connolly, New York City, for appellees.

Before WATERMAN, FRIENDLY and FEINBERG, Circuit Judges.

PER CURIAM:

The final decree entered below dismissing the action is affirmed on the opinion of Judge Cannella, reported at 262 F.Supp. 6 (1966).